IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DEBORAH DEE MALOOF,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>Defendant. | CV 20–116–M–DWM<br><br>ORDER |

Plaintiff has filed a motion for attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 18.) Plaintiff seeks attorney fees in the amount of $5,498.42 and seeks costs in the amount of $17.25. The Commissioner has indicated it does not oppose this motion. (Doc. 20.)

Fees and costs may be awarded under the Equal Access to Justice Act when the plaintiff is the prevailing party and the United States' position was not substantially justified. *See Meier v. Colvin*, 727 F.3d 867, 870 (9th Cir. 2013). Here, Plaintiff was granted relief, (Doc. 16), and the order granting such relief was not appealed. Thus, Plaintiff is a prevailing party. Additionally, it is the government's burden to show that its position was substantially justified, *Meier*, 727 F.3d at 870, and the Commissioner makes no attempt at substantial

1

justification here, (Doc. 20 at 2.) Thus, Plaintiff may be awarded fees under the Equal Access to Justice Act.

Finally, "[i]t is the district court's prerogative to determine whether a fee award is reasonable." *Schulz v. Saul*, 798 F. App'x 142, 142 (9th Cir. 2020). Here, Plaintiff has provided an accounting of fees, (Doc. 19-1), and that accounting appears facially reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for fees in the amount of $5,498.42 and costs in the amount of $17.25 under the Equal Access to Justice Act, (Doc. 18), is GRANTED.

IT IS FURTHER ORDERED that if, after receiving the Court's Equal Access to Justice Act fee order, the Commissioner (1) determines upon effectuation of the Court's fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, (2) agrees to waive the requirements of the Anti-Assignment Act, and (3) is provided a valid assignment of fees executed by Plaintiff, the fees will be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows:

Rasmusson Law Offices, PLLC
P.O. Box 7825
701 N. Washington
Missoula, MT 59807

However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act,

and check for any remaining Equal Access to Justice Act fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney's office at the address stated above.

DATED this 9th day of September, 2021.

Donald W. Molloy, District Judge
United States District Court